IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD FLEMING,<br>        Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 02-164 Erie<br>) |
| WOLFE, Superintendent, et al.,<br>        Defendants. | )<br>) |

**O R D E R**

On May 27, 2005, Plaintiff filed with the Clerk a notice of change of address indicating that he is residing at Bethesna Mission, P.O. Box 3041, 611 Reily Street, Harrisburg, PA 17105; however, both this Court and Defendants have been unable to serve Plaintiff at such address, as all mail that has been sent there has been returned to sender.  Defendants' counsel has also informed this Court that he has been unable to contact Plaintiff by telephone at the address provided.  Thus, it appears that Plaintiff has either changed his address without notifying this Court, or has provided this Court with an improper address.

AND NOW, this 22nd day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before August 11, 2005, for his failure to provide proper notice of his change of address.  Plaintiff's failure to file with this Court a proper notice of change of address on or before August 11, 2005, will result in the dismissal of this case for failure to prosecute.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                      S/Susan Paradise Baxter
                                                      SUSAN PARADISE BAXTER
                                                      Chief U.S. Magistrate Judge