IN THE UNITED STATES DISTRICT [COURT] FOR THE WESTERN DISTRICT OF PA.

| | |
|---|---|
| Fleming<br>    v.    PLAINTIFF<br>Super. Wolfe, ET. AL.<br>        DEFENDANTS | C.A. No 02-164 ERIE<br>Judge McLaughlin<br>Magistrate Baxter<br><br>Motion Compelling This Civil Action<br>To Proceed, and For Discovery |

AND NOW COMES PLAINTIFF, RONALD FLEMING (Pro Se) RESPECTFULLY COMPELLING THIS COURT TO IMMEDIATELY PROCEED WITH THE ABOVE CIVIL ACTION FOR THE FOLLOWING REASONS:

1). ON (April 18, 05) AFTER A TRANSFER FROM (SCI-Camphill)(SMU) TO (SCI-Waymart), THE PLAINTIFF, AND DEFENDANTS ATTORNEY ATTENDED A TELE-CONFERENCE, IN THE PRESENCE OF JUDGE BAXTER, DUE TO DEFENDANTS CONTINUED DENIAL, AND THIS COURT TO GIVE THE PLAINTIFF THE NEEDED DISCOVERY, BEFORE RESPONDING TO DEFENDANTS RESPONSES, AND STILL NEVER DISPOSED OF THIS MATTER, THUS ABUSING DISCRETION, AND VIOLATING THE PLAINTIFFS RIGHTS, AND THE FR CIV PROCEDURE........

2). ON (April 19, 05) (Judge Baxter) ISSUED A REPORT AND RECOMMENDATION GRANTING IN PART AND DISMISSING IN PART, DEFENDANTS MOTION TO DISMISS, AND PROCEEDING THE MATTER TO TRIAL.......

3). ON (May 9, 05), THE PLAINTIFF SENT THIS COURT AND THE Att. Gen. Kemal M. A NOTICE OF CHANGE OF ADDRESS, UPON MAXING OUT (May 12, 05) AND PROOF OF DOCUMENTS ARE IN POSESSION, SIGNED AND DATED BY PRISON OFFICIALS......

4). IN THE MONTH OF (May, 05), THE PLAINTIFF SENT THIS COURT ANOTHER NOTICE OF CHANGE OF ADDRESS, TO PROTECT THIS CIVIL ACTION,

5). IT HAS NOW BEEN WELL OVER (1) MONTH UPON THE PLAINTIFFS RELEASE, AND THIS COURT AND THE DEFENDANTS STILL HAVE NOT CORRESPONDED WITH THE PLAINTIFF, ON ANY LEVELS, AND IT IS CLEAR THAT THIS CIVIL MATTER IS BEING STALLED IN VIOLATION OF ALL PROCEDURES........

DATED: 6-6-05                  Ronald Fleming Pro Se
        (Court)        RONALD FLEMING Pro Se