IN THE US DIST. COURT FOR THE WESTERN

Fleming, Plaintiff
v.
Wolfe, Et. Al., Defendants

C.A. No. 02-164
Mag. Baxter
Dist. Judge McLaughlin

Protection letter

Dear Judge McLaughlin, Baxter, Court Clerk,

Per our phone conversation as of Aug. 23, 05, this letter is to inform you that, I have never recieved any orders, and I clearly informed this court of my where abouts since my current release May 12, 05. Due to that fact, and my certified proof to all parties, it is clear and compelling of my where abouts and anything sent to me should have been recieved, with my last address being the Salvation Ary in Hbg. PA, I would now like to inform you to please send any and all correspondence to, 350 Bessemer St. St. Steelton, PA. 17113 A.S.A.P.

"Thanks"

Respectfully

Ronald Fleming
350 Bessemer St
Steelton PA 17113

* I certify on this day I have served the following notice on this court I regards to continuing this case, and following up with certified mail, in the event of this notice being disregarded, . . . . .

"All Parties Served"
The Judicial Conduct Board Also

Date 8-23-05