UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW, ROOM A280
ERIE, PENNSYLVANIA 16501

**SUSAN PARADISE BAXTER**  (814) 464-9630
Chief United States Magistrate Judge  (814) 464-9637 Fax

September 12, 2005

Ronald Fleming
350 Bessemer Street
Steelton, PA   17113

RE:  Fleming v. Wolfe, et al
     CA 02-164 Erie

Dear Mr. Fleming:

This office, along with Kemal Mericli of the Office of Attorney General, has been attempting to contact you by telephone for the past two weeks with no success.

The trial in this case scheduled for September 20, 2005 has been postponed, and a new trial date for October needs to be set. Please contact Mr. Mericli at (412) 565-7680 so that a conference call can be scheduled to discuss this matter.

Your cooperation is appreciated.

Sincerely,

*Leslie R. Wallen*
Leslie R. Wallen
Judicial Assistant/Courtroom Deputy to
Chief U.S. Magistrate Judge Baxter


c:   Plaintiff (regular and certified mail)
     Kemal Mericli, Esq., via electronic notice