CA 02-164 E

Cover Page

IN THE U.S. DISTRICT COURT FOR THE WESTERN DIST. OF PA.

| | |
|---|---|
| Fleming | C.A. No. 02-164 ERIE |
| v.   PLAINTIFF | Judge McLaughlin |
| Super. Wolfe, et. al, | Magistrate Baxter |
| DEFENDANT | Notice of Needed Discovery Letter |

Dear Mr. Mericli,

This letter is to inform you of Judge Baxter's order, dated 8-31-05, and our discovery issues. Respectfully, I am pursueing this case to trial (pro se), "Respectfully" Judge Baxter clearly granted the motion compelling this civil action to proceed Doc#153, and granted in part, for discovery of production of any video tapes in the defendants possession, that show any of the incidents wich I claim I was subject to an excessive use of force, wich you have (20) days. I would now like to respectfully inform you that, I sent you and this court a motion to compell dated Dec. 31, 04, for interrogatories and production, wich had (5) exhibits attached for defendants, Sgt. Kreider, Lt. Leggore, C.O.1 Wittel, C.O.1 Allen, All of Camphill, also Capt. T. Weaver, An original defendant of Albion, wich was never responded to by you or this honorable court, wich is clearly in violatetion of the Rules of Fed. Civ. Precedures, for civilians such as myself pursueing a civil matter to trial (pro se), I respectfully pray you adhere to these requests as soon as possible........

• I would also pray you produce the video's of defendants C.O.1 Davidson, and C.O.1 Maidando of the Aug. 2, 2002 incident, misconduct #A296503, accuseing me of breaking a key cuff, (Please produce a copy of the DC-ADM 001 Policy the Inmate Abuse monitoring),

• And the video of the Aug. 23, 2002, incident of defendant C.O.1 Davidson, and C.O.1 Maidando, misconduct #A296519, escorting me to morning yard and slamming the yard gate on me, wich defendant Capt. Robinson reviewed........

• Please understand that if all of the above is fully understood and provided, all discovery issues will be settled, as I stated at our last tele-confrence," I would also like to inform you that at our Sept. 19, 05, pre-trial conference," I will be discussing subpoena's, to assist me with my (pro se) trial........
Thanks for your time and God Bless you, Hope and Pray to hear from you soon...

• I certify on this 12th, day of Sept. 05
That I have served a copy of this notice
on all parties indicated below........

- (2) Court Clerk in Erie PA
- (1) Kemal M. Att. for the Defendants

Respectfully
Ronald Fleming (Pro se)
Ronald Fleming (Pro se)
350 Bessemer St. Steelton PA
17113