IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD FLEMING,           )
      Plaintiff,           )
                    )
  v.                      )     CIVIL ACTION NO. 02-164 Erie
                    )
SUPERINTENDENT WOLFE, et al,  )
      Defendants.          )

O R D E R

      AND NOW, this 26th day of September, 2005, the above-captioned case is scheduled for pretrial conference on Monday, October 17, 2005 at 9:30 a.m., before Chief United States Magistrate Judge Susan Paradise Baxter, U.S. Courthouse, 17 South Park Row, Room A280, Erie, PA.

      IT IS ORDERED that prior to the conference:

      1.    The parties confer and submit a stipulation listing the plaintiff's exhibits in numerical order, and the defendant's exhibits in alphabetical order, and indicating those exhibits to which stipulations can be entered into as to authenticity and admissibility;

      2.    The parties shall also file a stipulation as to any relevant facts and law upon which they agree and which need not be proven at trial, and which shall be deemed stipulated as findings of the Court;

      3.    The parties shall also submit a statement as to all factual and legal issues in dispute remaining to be resolved at trial,

      4.    It is anticipated that standard voir dire and standard jury instructions will be utilized.  All parties must submit special voir dire requests and special jury instruction requests prior to the conference, and

      5.    Final jury instructions will be available for the inspection of the parties prior to the commencement of jury selection.

IT IS FURTHER ORDERED that Jury Selection will begin Monday, October 17, 2005 at 1:30 p.m., in Courtroom B, U.S. District Court, Erie, PA.

IT IS FURTHER ORDERED that a Jury Trial in this matter is scheduled to begin Tuesday, October 18, 2005, at 9:30 a.m., Courtroom B, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

        s/Susan Paradise Baxter
        SUSAN PARADISE BAXTER
        Chief United States Magistrate Judge

cc: Ronald Fleming (regular & certified mail)
    Kemal Alexander Mericli, Esq., via electronic notice

encl: (1) Pro se Trial Procedure