IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD FLEMING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-164 Erie |
| ) | |
| SUPERINTENDENT, WOLFE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

The defendants, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully submit the following proposed voir dire questions:

1. Have either you or any member of your immediate family ever been incarcerated in either a county or municipal jail or a state or federal or military prison? If so, would this fact interfere with your ability to be a fair juror and to consider the evidence in this case in a fair and open-minded way because the defendants are corrections officers/prison guards?

2. Have you or any member of your immediate family ever been employed by the Pennsylvania Department of Corrections or by the U.S. Bureau of Prisons or any other state, county, municipal or United States military prison system?

3.Have you or any member of your immediate family ever participate in the activities of the Pennsylvania Prison Society?

4.Have you or any member of your immediate family ever served as a corrections officer or prison guard in civilian employment or during military service?

5.Have you or any member of your immediate family ever participated in the activities of a prison reform group or a civil rights/civil liberties group or similar organization whose activities substantially involve improving prison conditions?

6.Have you ever visited a prison inmate?  Under what circumstances did you do so?

7.Have any movies or TV shows that you might have seen that purport to show the conditions of life in prison, or that tell stories about prison life and that portray relationships among prisoners or between prisoners or guards, made it difficult or impossible for you to be a fair and open-minded juror in a case such as this one in which the treatment of prisoners by prison guards is at issue?  Why?

8.Have you ever read anything in the newspaper, seen anything on the local TV news or heard anything in a radio news broadcast that leads you to believe or to form an opinion that corrections officers or prison guards at the State Correctional Institution at Albion and the State Correctional Institution at Camp Hill, prisons that are located in Pennsylvania, are predisposed and likely to use excessive force against prisoners?

9.Is there any reason that you could not be fair and open-minded juror in a case such as this one involving the treatment of a prisoner by prison guards?

10. Have you ever had any dealings with the State Department of Corrections that would make it impossible for you to be a fair and open-minded juror in a case in which the issues involve the conduct of its employees?

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:  s/Kemal Alexander Mericli
Kemal Alexander Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  October 6, 2005

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the within Defendants' Proposed Voir Dire Questions was served upon the following via first-class mail on October 6, 2005.

Ronald Fleming  
350 Bessemer Road  
Steelton, PA   17113

                                            s/Kemal Alexander Mericli  
                                            Kemal Alexander Mericli  
                                            Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL  
6th Floor, Manor Complex  
564 Forbes Avenue  
Pittsburgh, PA 15219

Date:  October 6, 2005