IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD FLEMING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERINTENDENT, WOLFE, et al., )<br>)<br>Defendants. ) | Civil Action No.  02-164 Erie |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, upon consideration of the foregoing motion to set this case down for bench trial, it is hereby **ORDERED** that the motion is **GRANTED** and that the court and parties are excused from preparations for a jury trial forthwith.

By the Court:

_____
J.