IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD FLEMING,          )
                         )
         Plaintiff,      )
                         )
    v.                   )   Civil Action No.  02-164 Erie
                         )
SUPERINTENDENT, WOLFE, et al.,   )
                         )
         Defendants.     )

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, upon consideration of the foregoing motion to set this case down for bench trial, it is hereby **ORDERED** that the motion is **GRANTED** and that the court and parties are excused from preparations for a jury trial forthwith.

By the Court:

_____
                                                    J.