IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD FLEMING,              )
       Plaintiff,        )
                             )
v.                           )   CIVIL ACTION NO. 02-164 Erie
                             )
SUPERINTENDENT WOLFE, et al, )
       Defendants.       )

## AMENDED ORDER

AND NOW, this 13th day of October, 2005, the above-captioned case is scheduled for pretrial conference on Monday, October 17, 2005 at 9:30 a.m., before Chief United States Magistrate Judge Susan Paradise Baxter, U.S. Courthouse, 17 South Park Row, Room A280, Erie, PA.

IT IS ORDERED that prior to the conference:

1. The parties confer and submit a stipulation listing the plaintiff's exhibits in numerical order, and the defendant's exhibits in alphabetical order, and indicating those exhibits to which stipulations can be entered into as to authenticity and admissibility;

2. The parties shall also file a stipulation as to any relevant facts and law upon which they agree and which need not be proven at trial, and which shall be deemed stipulated as findings of the Court;

3. The parties shall also submit a statement as to all factual and legal issues in dispute remaining to be resolved at trial,

IT IS FURTHER ORDERED that a Bench Trial in this matter is scheduled to begin Tuesday, October 18, 2005, at 9:30 a.m., Courtroom B, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                                  s/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  Chief United States Magistrate Judge

cc: Ronald Fleming (express/overnight mail)
    Kemal Alexander Mericli, Esq., via electronic notice