IN THE U.S. DIST. COURT FOR THE WESTERN DIST. OF PA

Fleming
    Plaintiff

v.

Super. Wolfe, ET AL
    Defendant

C.A. NO. 02-164 ERIE

JUDGE MCLAUGHLIN

MAGISTRATE BAXTER

VOIR DIRE EXAMINATION
Local Rule 47.1 FRCP

1). WHAT IS YOUR OCCUPATION?

2). WHAT IS YOUR RELIGIOUS BELIEF?

3). WHERE DO YOU RESIDE AT?

4). DO YOU HAVE ANY FAMILY OR FRIENDS ASSOCIATED WITH THE DEPARTMENT OF CORRECTIONS ANYWHERE?

5). DID YOU EVER TAKE ANY OATHS WITH ANY GROUPS, ORGANIZATIONS, OR SOCIETYS?

  A). IF YES, WHO AND WHERE, AND WHEN?

6). WILL YOU TRULY BE IMPARTIAL TO A RE-formed PRISONER?

  A). IF YES WHY?

  B). IF NO WHY?

7). WILL YOU DECIDE THIS CASE ACCORDING TO ALL THE laws OF THE LAND, AND NOT FAVOR THE PARTIES?

"THANKS FOR YOUR TIME"

Respectfully Submitted

Ronald Fleming (Prose)

RONALD FLEMING (Prose)
350 BESSEMER ST. STEELTON. PA
17113

DATE: OCT 10 05

## CERTIFICATE OF SERVICE

I certify on this 10TH day of OCT, 05, that I have served the following legal documentation, (6) VOIR DIRE EXAMINATION'S local Rule 47.1 FRCP, for Jury Selection, AND A copy of JURY INSTRUCTIONS on the persons in the manner indicated below.

VIA U.S. MAIL

U.S. Dist. Court Clerk
P.O. Box 1820 Erie, PA
16507

- I declare under penalty of perjury that all information in this legal matter is true and correct and that, if not, I can be prosecuted for perjury.

Ronald Fleming (Pro Se)
RONALD Fleming (Pro Se)
350 Bessemer St. Steelton
PA, 17113