IN THE U.S. DIST. COURT FOR THE WESTERN DIST. of PA

Fleming
　　　PLAINTIFF
　v.
Super. Wolfe et. Al
　　　DEFENDANT

C.A. NO. 02-164 ERIE

Judge McLaughlin

Magistrate Baxter

Letter In concern to Discovery

DEAR MR. MORELLI & COURT,

This letter is to inform you THAT, Discovery Requires you to produce copies of video's AND SEND THEM TO Me. I Recieved your Sept. 26, 05 letter stating, There Are (2) Video's In possession, of (8-23-02) And (5-14-02), which CAN Be Available, (you must send them to me A.S.A.P.) So I CAN Prepare for my Trial.

• I Also Asked For Videos of the Aug. 2, 02, Incident MIC# A296503, Accusing me of Breaking A cuff key, And The Aug. 23, 02, video, MIC# A296519, Me Being escorted to Morning yard, Being Accused of Assult, you totally Ignored my Requests. This is why Discovery is So complicated.

These issues were Clearly Addressed to you In my Sept. 12, 05 letter, Before I Filed for civil contempt Sanctions Against you, Dated Sept. 26, 05. I will Now like to Inform you THAT, I will Be Requesting Every video In Regards To Excessive Force As ordered, At our Pre-Trial Conference.

"THANKS for your Time"

Respectfully Submitted

Ronald Fleming (Prose)
Ronald Fleming (Prose)
350 Bessemer St. Steelton
PA, 17113

Cert. of Service, AND
Sworn Statement Attached