# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ronald Fleming                                       )
                                                     )
                                                     )
                                      Plaintiff      )
                vs.                                  )      No.          CA 02-164 Erie
Superintendent Wofle, et al                          )
                                                     )
                                                     )
                                      Defendants     )

HEARING ON    October 17, 2005    Pretrial Conference

Before    U. S. Magistrate Judge Susan Paradise Baxter

Ronald Fleming, pro se                               Kemal Mericli, Esq., Attorney General Off

Appear for Plaintiff                                 Appear for Defendant

Hearing Begun    9:30 am — 11:30 am                  Hearing Adjourned to  1:30 pm

Hearing concluded C.A.V.  4:00 p.m.                  Stenographer  Denise Grill
                                                     CD:              Index:

**WITNESSES**

For Plaintiff                                        For Defendant

Trial to begin on 10/18/05 at 9:30 am

Motion for Judgment under FRCP 50 (Document #168) is denied