# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ronald Fleming )
)
)
Plaintiff )
vs. )   No.   CA 02-164 Erie
Superintendent Wolfe, et al )
)
)
Defendants )

HEARING ON   October 18, 2005   Bench Trial

Before   U. S. Magistrate Judge Susan Paradise Baxter

Ronald Fleming, pro se                          Kemal Mericli, Esq., Attorney Gen. Off.

_Appear for Plaintiff_                          _Appear for Defendant_

Hearing Begun   9:30 a.m.                       Hearing Adjourned to   4:23 pm

Hearing concluded C.A.V.                        Stenographer Denise Grill
                                                CD:          Index:

**WITNESSES**

For Plaintiff                                   For Defendant

Evidence presented ; admitted into record. Testimony taken from 12 witnesses (including Plaintiff). Court will review all evidence; testimony and issue a written Findings of Fact and Conclusions of Law.

# UNITED STATES DISTRICT COURT

__WESTERN__     DISTRICT OF     __PENNSYLVANIA__

Ronald Fleming

V.

Superintendent Wolfe, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CA 02-164 Erie

| PRESIDING JUDGE<br>Susan Paradise Baxter | PLAINTIFF'S ATTORNEY<br>Ronald Fleming, pro se | DEFENDANT'S ATTORNEY<br>Kemal Mericli, Esq., Attorney Generals Off. |
|---|---|---|
| TRIAL DATE (S)<br>October 18, 2005 | COURT REPORTER<br>Denise Grill | COURTROOM DEPUTY<br>Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| #1 | | 10/18/05 | x | ✓ | 13 pages: Cover sheet; Misconduct report #A311185 Part I, Part II B; Part II C with additional page attached; Part II E; PRC Appeal Receipt; DC-141 dated 5/30/02; Appeal to Superintendent; Pink Misconduct Appeal to Superintendent Receipt; Memo from Superintendent Wolfe to Ronald Fleming re: misconduct #311185; Appeal to Camp Hill; Letter dated July 16, 2002 from Robert S. Bitner. |
| #2 | | 10/18/05 | x | ✓ | 20 pages: Cover sheet; Official Inmate Grievance dated 5/15/02 from Camp Hill; DC-ADM 804 Initial Review Response dated 5/31/02; Grievance Appeal to Supt. (#20767 noted) dated June 4, 2002; Pink Grievance Appeal to Superintendent Receipt dated June 6, 2002; Memo from Supt. Wolfe to Ronald Fleming re: Grievance #20767; Grievance Appeal to Camp Hill dated 6/17/02; Letter to Ronald Fleming from Tshanna C. Kyler dated June 27, 2002; Sick call request dated 7/25/02 with cash slip attached; Sick call request dated 5/14/02 with additional sheet attached; Sick call request dated 5/16/02; Handwritten sick call request dated 5/20/02; Handwritten sick call request dated 5/21/02; Handwritten medical slip dated 5/25/02; Sick call request dated 5/28/02; Sick call request dated 5/17/02; Sick call request dated 5/18/02; Sick call request dated 5/19/02; Handwritten sick call request dated 5/20/02. |
| #3 | | 10/18/05 | x | ✓ | 6 pages: Cover sheet; DC-141 number A 296503 Misconduct report dated 8/2/02 Part I, Part II B, Part II C, Part II E; PRC Appeal Reciept dated 8/9/02. |
| #4 | | 10/18/05 | x | ✓ | 11 pages: Cover sheet; Misconduct report #A 296519, dated 8/23/02 Part I, Part II C; Part 2B; Part II E; PRC Appeal Receipt dated 9/4/02; DC-141 Part III, Misconduct Appeal decision dated 9/5/02; Final level misconduct appeal to Camp Hill dated 10/3/02; Appeal to Superintendent dated 9/11/02; Memo from Supt. Wolfe to |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

&AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Fleming | vs. | Wolfe | | CASE NO. CA 02-164 Erie |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Ronald Fleming dated 9/12/02; Letter to Ronald Fleming from Robert S. Bitner dated October 22, 2002. |
| #5 | | 10-18-05 | x | ✓ | 5 pages: Cover sheet; Misconduct report # A 296551, dated 8/31/02; Part I, Part II C, Part 2B, Part 2 E. |
| #6 | | 10-18-05 | x | ✓ | 3 pages: Cover sheet; Sworn affidavit of Ronald Fleming dated August 2, 2003 |
| #7 | | 10-18-05 | x | ✓ | 10 pages: Cover sheet; Misconduct report A 592325, dated 8/11/03, Part 1, Part 2 C, Part 2 B, Part II E; DC-ADM 804, dated 9/3/03 - 5 pages total stapled together, all on Camp Hill grievance forms |
| #8 | | 10-18-05 | x | ✓ | 2 pages: Cover sheet; Inmate's Request to Staff Member dated 8/12/03 |
| #9 | | 10-18-05 | x | ✓ | 8 pages: Cover sheet; Handwritten sheet re: Inmate Abuse Allegation Monitoring; copy of DOC Policy Statement regarding Inmate Abuse Allegation Monitoring (6 pages) |
| #10 | | 10-18-05 | x | ✓ | Video tape dated 5/14/02 "Escort to Law Library"; and "Exam in Medical Triage" |
| #11 | | 10-18-05 | x | ✓ | Video tape dated 8/23/02 |
| | A | 10-18-05 | x | ✓ | Video tape dated 5/14/02 "Escort to Law Library", and "Exam in Medical Triage" |
| | B | 10-18-05 | x | ✓ | Video tape dated 8/23/02 |
| | C | 10-18-05 | x | ✓ | 49 pages: Affidavit of Valerie Bloom, Corrections Records Specialist at SCI Camp Hill with copies of the following misconducts: A297398, A297351, A311185, A297367, A297342, A296503, A297388, A296519, and Grievance No. 28788. |
| | D | 10-18-05 | x | ✓ | 12 pages: Affidavit of Gail Kelly, Medical Records Specialist at SCI Camp Hill with copies of medical records regarding care of Ronald Fleming |
| | E | 10-18-05 | x | ✓ | 35 pages: Defendant Weaver's response to Interrogatories |
| | F | 10-18-05 | x | ✓ | 5 pages: Defendant Weaver's response to 2nd set of Interrogatories |
| | G | 10-18-05 | x | ✓ | 15 pages: Defendant Kreider's response to Interrogatories |
| | H | 10-18-05 | x | ✓ | 15 pages: Defendant Allen's response to Interrogatories |
| | I | 10-18-05 | x | ✓ | 8 pages: Defendant Wittel's response to Interrogatories |
| | J | 10-18-05 | x | ✓ | 11 pages: Defendant Tiller's response to Interrogatories |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Fleming | vs. | Wolfe, et al | CASE NO. CA 02-164 Erie |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10-18-05 | | | Ronald E. Fleming, Jr. |
| ✓ | | 10-18-05 | | | Thomas R. Weaver - Capt SCI Albion |
| ✓ | | 10-18-05 | | | John Leonard Tiller SCI Albion - Counselor |
| ✓ | | 10-18-05 | | | Boyd A. Sullivan Correction Officer SCI Albion |
| ✓ | | 10-18-05 | | | David John Eddy - Lt at SCI Albion |
| ✓ | | 10-18-05 | | | Jose R Maldonado - C.O. at SCI Albion |
| ✓ | | 10-18-05 | | | Theodore W. Roberson III - Lt at SCI Albion |
| ✓ | | 10-18-05 | | | Donald J. Klos - RN - SCI Albion Infirmary |
| ✓ | | 10-18-05 | | | Daniel B Telega, P.A. contractor for SCI Albion |
| ✓ | | 10-18-05 | | | Lt Robert Knisen, DOC Camp Hill |
| ✓ | | 10-18-05 | | | Paul F. Allen C.O. - SCI Camp Hill |
| ✓ | | 10-18-05 | | | Jesse M Wittel C.O. - SCI Camp Hill |

Page  3  of  3  Pages