OCT. 31, 05

IN THE U.S. DIST. CORT FOR THE WESTERN DIST. OF PA

Fleming
        Plaintiff
    V.

Super. Wolfe, ETAL
        Defendants

)  C.A. NO. 02-164 ERIE
)  Judge McLaughlin
)  MAGISTRATE BAXTER
)  NOTICE of CHANGE of ADDRESS

AND NOW comes Ronald Fleming (Pro se), Informing THIS COURT AS well AS THE Attorney Gen, Kemal M. IN Pitt. PA, THAT, I HAVE RECENTLY CHANGed my ADDress, from 350 Bessemer ST, Steelton PA, 17113, To 218 S, DUKE ST, YORK, PA, 17403, would you please SEND All of my CORRESPONDENCE To THIS CURRENT ADDRESS, .

"THANKS and God Bless you".

• I certify ON THIS 31st DAY of Oct. 05, MON. THAT, I HAVE SENT copies of THIS NOTICE To THE following .

• Clerk of THE COURT, P.O. Box 1820 ERie, PA. 16507 :

• Kemal M. ESq, off. of THE Att. Gen, comm. of PA, 564 Forbes Ave, MANOR complex Pitt, PA. 15219 .

• Plaintiff.