IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD FLEMING,                )
                               )
    Plaintif,              )
                               )
vs.                            ) C.A. No. 02-164 ERIE
                               )
SUPERINTENDENT WOLFE, et al,   )
                               )
    Defendants.            )

## ORDER

AND NOW, this 8th day of November, 2005, after the court reporting firm of Ferguson and Holdnack provided transcription services for the Pretrial Conference and Non-Jury Trial held October 17 and 18, 2005, it is hereby

ORDERED that a transcript of the proceedings be produced and filed with the Clerk of Court. All costs to be borne by the United States.

                                                                              s/Susan Paradise Baxter
                                                                              SUSAN PARADISE BAXTER
                                                                              CHIEF U.S. MAGISTRATE JUDGE

c: All parties of record (lw)