IN THE U.S. DIST. COURT OF ERIE PA    SCANNED

Fleming
  v.    PLAINTIFF
Super. Wolfe, Et. Al.

C.A. No. 02-164 ERIE
Judge McLaughlin
Magistrate Baxter
(Notice of Change of Address)

AND NOW comes plaintiff Ronald Fleming, (Pro se) informing this court, and defendants, to please send any and all correspondence from, 218 S. Duke St, York, PA, 17401, to the plaintiffs new address 612 W. Market St, 3rd FL, York PA, 17404, ...

I certify on this 22nd day of Dec. 05, that this notice was sent to all parties listed below:
- U.S. Dist. Court P.O. Box 1820
  Erie, PA 16507
(c/o) Kemal M------
  Off. of the Att. Gen.
  Comm. of PA 564
  Forbes Ave. Manor Complex
  Pitt. PA, 15219

Ronald Fleming (Pro se)
Ronald Fleming (Pro se)
612 W. Market St
3rd FL. York, PA 17404

Phone # (717) 542-9475