IN THE US DIST. COURT FOR THE WESTERN DIST. OF PA.

| | |
|---|---|
| FLEMING<br>        PLAINTIFF<br>VS.<br>SUPER. WOLFE<br>        DEFENDANTS | C.A. NO. 02-164 ER.IE<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE BAXTER<br><br>WRITTEN OBJECTION<br>FRCP 50 |

RECEIVED JAN 24 2006 CLERK U.S. DISTRICT COURT WEST DIST. OF PENNSYLVANIA

AND NOW THIS 20TH DAY OF JAN. 06, COMES PLAINTIFF RONALD FLEMING (Pro Se), OBJECTING TO DEFENDANTS ATTORNEY'S MOTION FOR DIRECTED VERDICT MADE OCT. 18, 05, BEFORE THE CLOSE OF CASE.[1] AND THE MAGISTRATE JUDGES FINAL ORDER........

I CERTIFY ON THIS 20TH DAY OF JAN. 06, THAT I HAVE SERVED THIS LEGAL DOCUMENT ON THE PARTIES IN THE MANNER INDICATED BELOW......

VIA CERTIFIED MAIL

OFF. OF THE CLERK
U.S. DIST. COURT
P.O. BOX 1820
ERIE PA 16507

COMM. OF PA
OFF. OF THE ATT. GEN.
564 FORBES AVE.
MANOR COMPLEX PITT. PA
15219 IN C/O MR. KEMAL MERCI:

Ronald Fleming (Pro Se)
RONALD FLEMING (Pro Se)
612 W. MARKET ST. 3RD FL
YORK PA 17404

Phone # (717) 542-9475

---

[1] MAGISTRATE JUDGE BAXTER ISSUED A FINAL ORDER, CLOSING THE CASE, JAN. 10, 06, WITHOUT FIRST CONSIDERING THE MOTION, OR INFORMING THE PLAINTIFF OF HIS RIGHT TO OBJECT........